## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**AGUEDA ROBERTSON,**

        **Plaintiff,**

**v.**

**METAL FINISHING CO., INC.,**

        **Defendant.**

**Case No. 6:20-cv-01128-SAC-GEB**

### JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of all claims made by any party in this case, with prejudice, with each party to bear its own costs and attorney's fees.

Prepared and submitted by:

/s/ Cory R. Buck
Cory R. Buck, KS 25969
CASE LINDEN P.C.
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:  (816) 979-1500
Fax:  (816) 979-1501
cory.buck@caselinden.com
Attorney for Defendant

Agreed to:

/s/ Sean M. McGivern
Donald N. Peterson, II, KS 13805
Sean M. McGivern, KS 22932
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley St.
Wichita, KS  67202
Tel:  (316) 266-4058
Fax:  (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on June 17, 2021, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Donald N. Peterson, II
Sean M. McGivern
Graybill & Hazlewood, LLC
218 N. Mosley St.
Wichita, KS  67202
Attorneys for Plaintiff


s/Cory R. Buck
Cory R. Buck